7jgmtwoh (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Asia Janae Freeman
*Debtor*

*Bankruptcy Case No.*
15–40656–abf7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04076–abf

v.

**Asia Janae Freeman**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment by Default is hereby entered in favor of the Plaintiff, State of Kansas, ex rel., Lana Gordon, Secretary of Labor, and against the Defendant/Debtor Asia Janae Freeman in accordance with the Order of Default Judgment (Doc. #11), entered by the court on 8/18/2015.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
     Deputy Clerk

Date of issuance: 8/18/15

Court to serve